UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| DIANA NEWTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:21-cv-268 |
| ) | |
| KOHL'S, INC., f/k/a KOHL'S ) | |
| DEPARTMENT STORES, INC., ) | |
| ) | |
| Defendant. ) | |

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 JUL -7 PM 1:32

CLERK
BY _____
DEPUTY CLERK

### ORDER ON SCHEDULING ISSUES AND BRIEFING
### FOR MOTION TO FILE UNDER SEAL

This case is set for jury draw on September 19, 2025, with a one-week trial to follow. In preparation for the trial, the court sets the following deadlines:

1. Proposed jury charges to be filed by both sides not later than August 11, 2025.

2. Parties to exchange binders (or electronic transmission) of trial exhibits not later than August 18, 2025. At trial, the parties shall provide the court with two paper copies of all trial exhibits and two paper copies of exhibit lists. Rebuttal exhibits need not be produced in advance, but these risk exclusion if they are voluminous or otherwise subject to objection on grounds that they were not provided in discovery.

3. If either side intends to display trial exhibits on the electronic screens, counsel must discuss in advance with the other side the system it will use to make certain that exhibits are not displayed before they are admitted.

4. The court will provide the parties with draft voir dire questions and a summary of the case to be read to the jury at jury selection not later than August 11, 2025.

5. The parties shall advise the court not later than August 11, 2025, whether they are willing to stipulate to a jury of 12 and a verdict from as few as 10 jurors in lieu of alternates.

2

6. Any opposition to the motion to file documents under seal (Doc. 113) shall be filed not later than July 10, 2025. In the meantime, Plaintiff shall file the documents under seal with the court so that the court can review them before ruling. Once past the motion to seal, the court will rule on the motion to strike (Doc. 109).

Dated at Burlington, in the District of Vermont, this 7th day of July, 2025.

/s/ Geoffrey W. Crawford
District Judge
United States District Court