UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| DIANA NEWTON,<br><br>                  Plaintiff,<br>v.<br><br>KOHL'S INC., f/k/a KOHL'S DEPARTMENT STORES, INC.,<br>                  Defendant. | Civil Action No. 5:21-cv-268-GWC |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Diana Newton and Defendant Kohl's Inc., by their respective undersigned attorneys, hereby stipulate and agree that the above-captioned action, including all claims asserted by any party, is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees and waiving all rights of appeal.

Dated: November 6, 2025

| PRIMMER PIPER EGGLESTON & CRAMER PC | LITTLER MENDELSON, P.C. |
|---|---|
| By: */s/ Gary Franklin*<br>    Gary Franklin, Esq.<br>    30 Main Street, Suite 500<br>    Burlington, VT  05402-1489<br>    (802) 864-0880<br>    gfranklin@primmer.com<br><br>*Attorneys for Diana Newton* | By: */s/ Melinda Caterine*<br>    Melinda J. Caterine, Esq.<br>    One Monument Square, Suite 600<br>    Portland, ME 04101<br>    (207) 774-6001<br>    mcaterine@littler.com<br><br>*Attorneys for Defendant Kohl's, Inc.* |

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 6th day of November, 2025.

                                                Geoffrey W. Crawford, Judge
                                                U.S. District Court